# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HENRY JAMES HOLMES, <br><br> Petitioner, <br><br> v. <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Respondent. | No. ED CV 19-00884-DOC (DFM) <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that the petition is summarily dismissed.

Date: June 10, 2019

*David O. Carter*

DAVID O. CARTER
United States District Judge